# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2020

Lyle W. Cayce
Clerk

No. 19-30443
Summary Calendar

JESSE CLARENCE BROWN, SR. ESTATE; RENE FELIPPE BROWN; DELICIA CARRIE MARSHALL; DANNA DERRELL BROWN; JESSE CLARENCE BROWN, JR.,

Plaintiffs - Appellants

v.

NEW YORK LIFE INSURANCE COMPANY,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:17-CV-1486

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

Plaintiffs appeal the entry of summary judgment in this insurance-coverage dispute. The district court had subject-matter jurisdiction because the defendant properly removed the case under 28 U.S.C. § 1441. The court held plaintiffs are not entitled to life-insurance benefits because the policy owner stopped paying the premiums fifteen years before he died. After carefully considering the eight issues raised in the plaintiffs' briefs, the record,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-30443

and the applicable law, we agree with the district court. Its judgment is AFFIRMED.